**CHUANEN CHEN, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

**No. 12-70727**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 13, 2017 Honolulu, Hawaii

Filed June 16, 2017

Jisheng Li, Attorney, Law Office of Jisheng Li, Honolulu, HI, for Petitioner

Rebecca Hoffberg Phillips, Esquire, Trial Attorney, Kohsei Ugumori, Attorney, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: FISHER, PAEZ, and NGUYEN, Circuit Judges.

* This dispositive order is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**ORDER ***

The government's unopposed motion to remand (Dkt. No. 35) is GRANTED. Chuanen Chen's petition for review is therefore DISMISSED as moot. The filing of this order shall serve as the court's mandate. Each party shall bear its own costs.